**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**IN THE MATTER OF:**

| | | |
|---|---|---|
| **NAME:** | **JACKSON, WOODY** | **CHAPTER 13 NO. 16-30982** |
| **ADDRESS:** | 3011 BLESSING DRIVE | |
| | INDIAN TRAIL, NC 28079-5580 | |
| **SSN:** | --- -- 9167 | |

**DEBTOR**

**DEBTORS' NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

**COMES NOW** the above-named debtor, by and through his attorney of record, and hereby voluntarily dismisses the above-captioned Chapter 13 proceeding without prejudice pursuant to 11 U.S.C. Section 1307(b).  In support of this election, the debtor shows unto the Court the following:

1. This case was commenced by the filing of a voluntary Chapter 13 petition on June 14, 2016.

2. This case has not been previously converted under Sections 706, 1112 or 1208 of the Bankruptcy Code.

This the 2nd day of March, 2018.

*Kerry L. Balentine*
_____
Kerry L. Balentine
Balentine Law, PLLC
NC Bar #41032
Attorney for the Debtor
P.O. Box 1448
Shelby, NC 28151-1448
704.487.0616 (VOICE)
e-mail:  kbalentine@maxgardner.com

After being fully informed and advised of the consequences of a dismissal of my Chapter 13 case, I have requested my attorney to file the necessary documents with the Bankruptcy Court so as to cause my case to be dismissed.

Date: March 2, 2018                                    /S/ Woody Jackson
                                                                            Debtor

## CERTIFICATE OF SERVICE

**Casey J. Hopper, Legal Assistant** hereby certifies to the Court as follows:
1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 PROCEEDING** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as appears on the master mailing matrix, a copy of which is attached hereto and is fully incorporated herein by this reference;

4. To the best of my knowledge, information and belief, the parties so served in this case are neither infants nor incompetents; and

5. Service as outlined herein was made within the United States of America.

Dated this the 2nd day of March, 2018.

/S/Casey J. Hopper
Casey J. Hopper, Legal Assistant
Balentine Law, PLLC
P.O. Box 1448
Shelby, NC 28151-1448
(704) 487-0616


CREDITOR MATRIX ATTACHED HERETO

```
Label Matrix for local noticing          Crismark Homeowners Association, Inc.   Charlotte Division
0419-3                                   c/o Sellers, Ayers, Dortch & Lyons       401 West Trade Street
Case 16-30982                            301 S. McDowell Street                   Charlotte, NC 28202-1633
Western District of North Carolina       Suite 410
Charlotte                                CHARLOTTE, NC 28204-2681
Fri Mar  2 13:31:05 EST 2018

(p)WELLS FARGO BANK NA                   American Express                         Capital One
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING   PO Box 981537                      P.O. Box 30281
ATTN BANKRUPTCY DEPT MAC X7801-014       El Paso, TX 79998-1537                   Salt Lake City, UT 84130-0281
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203


Chad Ewing                               Charlotte Radiology                      ChexSystems
Womble Carlyle Sandridge & Rice          1000 Blythe Blvd                         Attn Consumer Relations
300 South College, Suite 3500            Charlotte, NC 28203-5812                 7805 Hudson Rd., Ste 100
Charlotte, NC 28202                                                               Woodbury, MN 55125-1703


Cleveland County Tax Collector           (p)CONTRACT CALLERS INC                  Endoscopy Service Center
P O Box 370                              501 GREENE STREET                        10520 Park Road Ste 105
Shelby, NC 28151-0370                    STE 302                                  Charlotte, NC 28210-0105
                                         AUGUSTA GA 30901-4415


Equifax Information Services             Experian                                 FirstPoint Collection Resources
P O Box 740256                           P O Box 2002                             P O Box 26140
Atlanta, GA 30374-0256                   Allen, TX 75013-2002                     Greensboro, NC 27402-6140


George Brown Associates                  Greentree                                HSBC Bank
2200 Crownpoint Executive Drive          PO Box 6172                              P.O. Box 5253
Charlotte, NC 28227-7754                 Rapid City, SD 57709-6172                Carol Stream, IL 60197-5253


Internal Revenue Service                 Mecklenburg County Tax Collector         NC Dept. Of Revenue
P O Box 7317                             P.O. Box 31457                           Bankruptcy Unit
Philadelphia, PA 19101-7317              Charlotte, NC 28231-1457                 P O Box 1168
                                                                                  Raleigh, NC 27602-1168


North Carolina Department of Revenue     Stephen Troy Staley                      TransUnion
Bankruptcy Unit                          The Law Office of Hutchens Senter Britto P O Box 2000
P.O. Box 1168                            P.O. Box 2505                            Chester, PA 19016-2000
Raleigh, NC 27602-1168                   Fayetteville, NC 28302-2505


U.S. Bank National Association, as Trustee   Union County Tax Collector           Kerry L. Balentine
C/O America's Servicing CO., as ser      500 North Main Street Ste 119            Balentine Law PLLC
Default Document Processing N9286-01Y    Monroe, NC 28112-4730                    P. O. Box 1448
1000 Blue Gentian Road                                                            Shelby, NC 28151-1448
Eagan, MN 55121-7700


Warren L. Tadlock                        Woody Eugene Jackson
5970 Fairview Road, Suite 650            3011 Blessing Drive
Charlotte, NC 28210-2100                 Indian Trail, NC 28079-5580
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| America's Servicing<br>8480 Stagecoach Circle<br>Fredrick, MD 21701-4747 | Contract Callers<br>1058 Claussen Rd Ste 110<br>Augusta, GA 30907-0301 | (d)Contract Callers Inc<br>1058 Claussen Rd Ste 110<br>Augusta, GA 30907-0301 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wells Fargo Bank, N.A. | (u)Aqua 26611 | (d)Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 |

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31